Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−30964−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Mark R. Perri
  228 Syracuse Road
  Wenonah, NJ 08090

Social Security No.:
  xxx−xx−5518

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/23/20.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 24, 2020
JAN: bc

                                                                Jeanne Naughton
                                                                Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                         Case No. 19-30964-ABA
Mark R. Perri                                                  Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin              Page 1 of 2                Date Rcvd: Jan 24, 2020
                               Form ID: 148             Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2020.
db             +Mark R. Perri,    228 Syracuse Road,    Wenonah, NJ 08090-1048
518554485       Banfield Pet Hospital,    637 Woodbury Glassboro Rd,    Sewell, NJ 08080-3733
518554489      +Exclusively Endodontics,    303 Kings Highway South, Suite 6,    Cherry Hill, NJ 08034-2579
518554490      +First Credit Services,    377 Hoes Lane Suite 200,    Piscataway, NJ 08854-4155
518554491       Hayt, Hayt & Landau, LLC,    PO Box 500,    Eatontown, NJ 07724-0500
518554494      +McCabe, Weisberg & Conway, P.C.,    216 Haddon Avenue, Suite 201,    Westmont, NJ 08108-2818
518554495      +Merrick Bank,    PO Box 9211,    Old Bethpage, NY 11804-9011
518554496      +Michelle Perri,    1090 Kings Highway,    Woodstown, NJ 08098-2811
518636993       OCEANSIDE MORTGAGE COMPANY,    KML Law Group PC,    Sentry Office Plaza,
                 216 Haddon Avenue, Suite 206,    Westmont, NJ 08108
518554498      +Oceanside Mortgage Company,    500 S Broad Street, Suite 100A,    Meriden, CT 06450-6755
518660546      +Oceanside Mortgage Company,    500 South Broad Street Suite 100A,
                 Meriden, Connecticut 06450-6755
518554500       Pressler, Felt & Warshaw, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
518554501      +Retro Fitness,    367 W Browning Road,    Bellmawr, NJ 08031-1955
518554503       The Money Source, Inc.,    ATTN: Customer Care Escalations,    500 S. Broad Street, Suite 100A,
                 Meriden, CT 06450-6755

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 25 2020 00:53:15      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 25 2020 00:53:12      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518554486       EDI: CAPITALONE.COM Jan 25 2020 05:18:00      Capital One,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
518575181      +EDI: AIS.COM Jan 25 2020 05:18:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518625532       EDI: BL-BECKET.COM Jan 25 2020 05:18:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
518554487       E-mail/Text: bankruptcycollections@citadelbanking.com Jan 25 2020 00:54:01
                 Citadel Federal Credit Union,    520 Eagleview Boulevard,    Exton, PA 19341-1119
518554488       EDI: WFNNB.COM Jan 25 2020 05:18:00      Comenity Bank,    Bankruptcy Department,    PO Box 182125,
                 Columbus, OH 43218-2125
518554492       EDI: IIC9.COM Jan 25 2020 05:18:00      I.C. System, Inc.,    444 Highway 96 East,    PO Box 64378,
                 Saint Paul, MN 55164-0378
518554493       E-mail/Text: bncnotices@becket-lee.com Jan 25 2020 00:52:26      Kohl's,    PO Box 3043,
                 Milwaukee, WI 53201-3043
518588041       E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 25 2020 00:55:26      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
518651869      +EDI: MID8.COM Jan 25 2020 05:18:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
518554497       EDI: MID8.COM Jan 25 2020 05:18:00      Midland Funding, LLC,    8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
518554499       EDI: PRA.COM Jan 25 2020 05:18:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541
518554502       EDI: RMSC.COM Jan 25 2020 05:18:00      Synchrony Bank,    ATTN: Bankruptcy Dept,    PO Box 965060,
                 Orlando, FL 32896-5060
518555830      +EDI: RMSC.COM Jan 25 2020 05:18:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518644483      +EDI: AIS.COM Jan 25 2020 05:18:00      Verizon,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jan 24, 2020
                              Form ID: 148             Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    OCEANSIDE MORTGAGE COMPANY dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Rex J. Roldan    on behalf of Debtor Mark R. Perri roldanlaw@comcast.net,   roldanlaw1@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 4
```